# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 14-3003

———————————————

Amarjit Singh; Manjit Kaur; Dripinder Singh

*Petitioner*s

v.

Loretta E. Lynch,[1] Attorney General of the United States

*Respondent*

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: May 5, 2015
Filed: May 14, 2015
[Unpublished]

——————————

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

——————————

PER CURIAM.

Amarjit Singh, his wife Manjit Kaur, and their son Dripinder Singh, natives and citizens of India, petition for review of a decision of the Board of Immigration

---

[1]Loretta E. Lynch is substituted for her predecessor, Eric H. Holder, Jr., as the Attorney General of the United States. *See* Fed. R. App. P. 43(c)(2).

Appeals (BIA) denying their fourth motion to reopen removal proceedings. After careful review, we conclude that the BIA did not abuse its discretion in denying the motion as untimely and numerically barred. *See Zheng v. Mukasey*, 523 F.3d 893 (8th Cir. 2008). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.

_____